**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Martin J. Woolbert | : | |
| Debtor | : | Bankruptcy No. 20-10522-amc |

**ORDER**

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated January 29, 2020 and this case be and the same is hereby DISMISSED.

**Date: February 25, 2020**

_____
Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:

Pro Se Statement